UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | EDCV 15-01851 DDP (DTBx) | Date | December 7, 2015 |
| Title | ROBERT MATUS, individually and on behalf of all others similarly situated -V- PREMIUM NUTRACEUTICALS, LLC, a Georgia Corporation | | |

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ryan M. Ferrell | Jeffrey Francis Peil |

Proceedings:

MOTION TO DISMISS CASE FILED BY DEFENDANT PREMIUM NUTRACEUTICALS, LLC (DOCKET NUMBER 24)

Court hears oral argument and takes the matter under submission.

|       | 0 0 | : | 10  |
|---|---|---|---|
|       | Initials of Preparer | | JAC |